AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>MCAULIFFE, STEVEN J. | **2. Court or Organization**<br><br>U.S. DISTRICT COURT - N.H. | **3. Date of Report**<br><br>05/14/2014 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE (SENIOR) | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

WARREN B. RUDMAN COURTHOUSE
55 PLEASANT STREET, ROOM 416
CONCORD, N.H. 03301

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Fellow | New Hampshire Bar Foundation |
| 2. | Director | Challenger Center for Space Science Education |
| 3. | Trustee | Trust #1 |
| 4. | Partner | Piglet (Neighborhood Investment Club) |
| 5. | Member | Shumac, LLC |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J. | 05/14/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Accts Merrimack County Savings Bank | A | Interest | J | T | | | | | |
| 2. | IRA American Funds: Investment Company of America | B | Dividend | L | T | | | | | |
| 3. | IRA American Funds: Washington Mutual Inv Fund | A | Dividend | J | T | | | | | |
| 4. | Exxon Mobil Corp | A | Dividend | J | T | | | | | |
| 5. | UBS Retirement Money Fund (UBS Bank USA Dep Acct) | A | Interest | J | T | | | | | |
| 6. | IRA Franklin Templeton For. Fund | B | Dividend | L | T | | | | | |
| 7. | IRA E.I. du Pont de Nemours | | None | | | Sold | 01/10/13 | J | | |
| 8. | Pinchers' Investment Group Partnership Share (See Part VIII) | | | | | Closed | | | | |
| 9. | -Diageo (DEO) | | None | | | Sold | 01/10/13 | J | A | |
| 10. | Piglet Investment Club Partnership Shares (See Part VIII) | A | Interest | J | T | | | | | |
| 11. | -UBS RMA Cash Account | A | Interest | J | T | | | | | |
| 12. | -Guided Therapeutics | | None | J | T | | | | | |
| 13. | -Earthlink Inc | A | Dividend | | | Sold | 03/06/13 | J | A | |
| 14. | -3-D Systems | A | Dividend | | | Sold | 03/14/13 | J | A | |
| 15. | -Bolt Tech Corp | A | Dividend | J | T | | | | | |
| 16. | -Facebook Inc | A | Dividend | J | T | | | | | |
| 17. | -Autodesk Inc | A | Dividend | J | T | Buy | 02/06/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Ambarella Inc | A | Dividend | J | T | Buy | 10/21/13 | J | | |
| 19. -InvenSense Inc | A | Dividend | J | T | Buy | 09/11/13 | J | | |
| 20. CVS Caremark Corp | A | Dividend | J | T | | | | | |
| 21. IRA iShares Russell Fund | A | Dividend | K | T | | | | | |
| 22. IRA Midcap SPDR TR | A | Dividend | K | T | | | | | |
| 23. Fed. Prime MM Fund (UBS Bank USA Dep Acct) | A | Dividend | M | T | | | | | |
| 24. Merrimack County Savings Bank NOW Acct (2) | A | Interest | J | T | | | | | |
| 25. Enterprise Products Partners | A | Dividend | K | T | | | | | |
| 26. Kinder Morgan Energy LP | A | Dividend | J | T | | | | | |
| 27. iShares TR Russell 2000 Index Fund | B | Dividend | L | T | | | | | |
| 28. Norfolk South. Corp | A | Dividend | J | T | | | | | |
| 29. IRA iShares Russell Mid-cap | A | Dividend | J | T | | | | | |
| 30. iShares Trust Russell Midcap Growth Index Fund | A | Dividend | J | T | | | | | |
| 31. IRA Grainger WW Inc | A | Dividend | J | T | Buy | 01/07/13 | J | | |
| 32. Apple Inc | A | Dividend | K | T | | | | | |
| 33. Johnson & Johnson Inc | A | Dividend | J | T | Sold (part) | 02/28/13 | L | A | |
| 34. Colgate-Palmolive Co | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. IBM Corp | A | Dividend | | | Sold | 10/24/13 | K | E | |
| 36. Northern Trust Prime Obligation Fund 9/1 | A | Dividend | K | T | | | | | |
| 37. Simon Property Group Inc | B | Dividend | K | T | | | | | |
| 38. Florida St. Brd Ed. Pub. Ed. Cap. | B | Interest | K | T | | | | | |
| 39. iShares IBoxx Invt Grade DE Corp Bond Fund | B | Dividend | K | T | | | | | |
| 40. Tennessee St. Ser. A | A | Interest | K | T | | | | | |
| 41. Fairfax Cty. VA Pub. Ser. A | B | Interest | K | T | | | | | |
| 42. Autoliv Inc | A | Dividend | L | T | | | | | |
| 43. Smucker JM Co New | A | Dividend | K | T | | | | | |
| 44. First Colebrook Bank | A | Dividend | J | T | | | | | |
| 45. AFLAC Inc | A | Dividend | J | T | | | | | |
| 46. Danaher Corp | A | Dividend | J | T | | | | | |
| 47. Google Inc (MCSB) | A | Dividend | J | T | | | | | |
| 48. JP Morgan Chase Co | A | Dividend | J | T | | | | | |
| 49. Oracle Corp | A | Dividend | J | T | | | | | |
| 50. Starbucks Corp | A | Dividend | J | T | | | | | |
| 51. Sysco Corp | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. BHP Billiton Ltd | A | Dividend | J | T | | | | | |
| 53. iShare MSCI EAFE Index Fund | A | Dividend | K | T | | | | | |
| 54. iShare Trust MSCI Emerging Markets | A | Dividend | J | T | | | | | |
| 55. NH St. Genl Ob Ser A | A | Interest | K | T | | | | | |
| 56. NH Muni Bond Ser B | A | Interest | K | T | | | | | |
| 57. TJX Companies | A | Dividend | J | T | | | | | |
| 58. Baker Hughes Inc | | None | | | Sold | 01/23/13 | J | A | |
| 59. VISA Inc | A | Dividend | J | T | | | | | |
| 60. Qualcomm Inc | A | Dividend | J | T | | | | | |
| 61. Amazon Inc | A | Dividend | | | Sold | 05/06/13 | J | A | |
| 62. Chevron Corp (MCSB) | A | Dividend | J | T | | | | | |
| 63. Citrix Systems | A | Dividend | J | T | | | | | |
| 64. Coca Cola Company | A | Dividend | J | T | | | | | |
| 65. Emerson Electric Co | A | Dividend | J | T | | | | | |
| 66. Intuitive Surgical | A | Dividend | | | Sold | 12/09/13 | J | A | |
| 67. Prudential Financial Inc | A | Dividend | J | T | | | | | |
| 68. S&P 400 Midcap Index | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Google Inc (UBS) | A | Dividend | K | T | | | | | |
| 70. Home Depot Inc | A | Dividend | K | T | | | | | |
| 71. General Electric Co | A | Dividend | K | T | | | | | |
| 72. Henderson Global Equity | A | Dividend | K | T | | | | | |
| 73. E.I. du Pont de Nemours | | None | | | Sold | 01/10/13 | K | C | |
| 74. Brown-Forman Corp | A | Dividend | K | T | | | | | |
| 75. Chevron Corp (UBS) | A | Dividend | K | T | | | | | |
| 76. iShares Trust Russell 1000 | A | Dividend | K | T | | | | | |
| 77. Abbott Labs | A | Dividend | J | T | | | | | |
| 78. American Express Co | A | Dividend | J | T | | | | | |
| 79. BB&T Corp | A | Dividend | J | T | | | | | |
| 80. Celgene Corp | A | Dividend | K | T | | | | | |
| 81. Coach Inc | A | Dividend | | | Sold | 12/05/13 | J | A | |
| 82. Comcast Corp New | A | Dividend | J | T | | | | | |
| 83. eBay Inc | A | Dividend | J | T | | | | | |
| 84. Fluor Corp | A | Dividend | J | T | | | | | |
| 85. US Bancorp | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. AbbVie Inc (From Abbott Labs) | A | Dividend | J | T | Spinoff (from line 77) | 01/08/13 | J | | |
| 87. Neuberger Berman MLP Income Fund | A | Dividend | J | T | Buy | 03/28/13 | J | | |
| 88. Valero Energy Corp | A | Dividend | J | T | Buy | 06/11/13 | J | | |
| 89. Michael Kors | A | Dividend | J | T | Buy | 08/27/13 | J | | |
| 90. CH Robinson WW Inc | | None | J | T | Buy | 12/05/13 | J | | |
| 91. Fluor Corp | | None | J | T | Buy | 12/06/13 | J | | |
| 92. Cerner Corp | | None | J | T | Buy | 12/09/13 | J | | |
| 93. Chubb Corp | A | Dividend | K | T | Buy | 01/10/13 | J | | |
| 94. Gilead Sciences Inc | A | Dividend | K | T | Buy | 01/10/13 | J | | |
| 95. Henderson Global FDS Euro | A | Dividend | K | T | Buy | 01/13/13 | J | | |
| 96. Shumac LLC 50% Int (Holds Lake Property in Merrimack Cty, NH) | | None | N | W | | | | | |
| 97. R.P. Jobin, Personal Loan | | None | K | T | | | | | |
| 98. Northern Trust Prime Obligation Fund 9/1 [C] | A | Dividend | K | T | | | | | |
| 99. Johnson & Johnson [C] | A | Dividend | K | T | | | | | |
| 100. Deere & Co [C] | A | Dividend | J | T | | | | | |
| 101. AFLAC Inc [C] | A | Dividend | J | T | | | | | |
| 102. Apple Inc [C] | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. McDonald's Corp [C] | | None | | | Sold | 01/23/13 | J | C | |
| 104. Abbott Labs [C] | A | Dividend | J | T | | | | | |
| 105. Chevron Corp [C] | A | Dividend | K | T | | | | | |
| 106. Colgate-Palmolive Co [C] | A | Dividend | K | T | | | | | |
| 107. Danaher Corp [C] | A | Dividend | K | T | | | | | |
| 108. du Pont E.I. de Nemours Co [C] | A | Dividend | J | T | | | | | |
| 109. JP Morgan Chase Co [C] | A | Dividend | K | T | | | | | |
| 110. Nike Inc [C] | A | Dividend | J | T | | | | | |
| 111. Oracle Corp [C] | A | Dividend | K | T | | | | | |
| 112. Procter & Gamble Co [C] | A | Dividend | K | T | | | | | |
| 113. Spectra Energy Corp [C] | A | Dividend | J | T | | | | | |
| 114. Starbucks Corp [C] | A | Dividend | J | T | | | | | |
| 115. Sysco Corp [C] | A | Dividend | J | T | | | | | |
| 116. UnitedHealth Group Inc [C] | A | Dividend | K | T | | | | | |
| 117. Wells Fargo & Co [C] | A | Dividend | K | T | | | | | |
| 118. Buffalo Small Cap Fund [C] | A | Dividend | J | T | | | | | |
| 119. iShares Trust MSCI EAFE Index Fund [C] | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  iShares Trust MSCI Emerging Markets [C] | A | Interest | K | T | | | | | |
| 121.  UBS Pace Money Market Investments Fund Class P [K] | A | Dividend | J | T | | | | | |
| 122.  F. Templeton Global Bond A [K] | A | Dividend | J | T | | | | | |
| 123.  Arbitrage Fund[K] | A | Dividend | J | T | | | | | |
| 124.  BlackRock Equity Dividend Fund[K] | A | Dividend | J | T | | | | | |
| 125.  Calamos Market Neutral Income Fund[K] | A | Dividend | J | T | | | | | |
| 126.  Calamos Internationall Growth Fund[K] | A | Dividend | J | T | | | | | |
| 127.  Dreyfus Small Co Value Fund[K] | A | Dividend | J | T | | | | | |
| 128.  Harbor International Fund Investor Class[K] | A | Dividend | | | Sold | 05/06/13 | J | | |
| 129.  Natixis Loomis Sayles Core Plus Bond Fund[K] | A | Dividend | J | T | | | | | |
| 130.  Oppenheimer Developing Markets Fund Class A[K] | A | Dividend | | | Sold | 05/06/13 | J | | |
| 131.  Pimco Total Return Fund[K] | A | Dividend | | | Sold | 05/06/13 | J | | |
| 132.  Pace Money Market Investments Fund[K] | A | Dividend | | | Sold | 05/06/13 | J | | |
| 133.  Principal High Yield Fund[K] | A | Dividend | | | Sold | 05/06/13 | J | | |
| 134.  Royce Premier Fund[K] | A | Dividend | J | T | | | | | |
| 135.  Wilmington Intermediate Term Bond Fund[K] | A | Dividend | | | Sold | 05/06/13 | J | | |
| 136.  Invesco Global Real Estate Fund[K] | A | Dividend | | | Sold | 05/06/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Laudus Growth Inv US Large Cap Fund[K] | A | Dividend | J | T | | | | | |
| 138. UBS Pimco College Fund 529(1)[K] | A | Interest | J | T | | | | | |
| 139. UBS Pimco College Fund 529(2)[K] | A | Interest | K | T | | | | | |
| 140. Fidelity Advisor Materials Fund Class A[K] | A | Dividend | J | T | Buy | 05/13/13 | J | | |
| 141. Invesco Developing Markets Fund Class A[K] | A | Dividend | J | T | Buy | 05/13/13 | J | | |
| 142. Oakmark International Fund[K] | A | Dividend | J | T | Buy | 05/03/13 | J | | |
| 143. Delaware Corporate Bond Fund A[K] | A | Dividend | J | T | Buy | 05/03/13 | J | | |
| 144. Ivy High Income Fund[K] | A | Dividend | J | T | Buy | 05/03/13 | J | | |
| 145. Metropolitan West Total Return Bond Fund[K] | A | Dividend | J | T | Buy | 05/03/13 | J | | |
| 146. Pimco Real Return Fund[K] | A | Dividend | J | T | Buy | 05/03/13 | J | | |
| 147. RidgeWorth High Grade Municipal Bond Fund[K] | A | Dividend | J | T | Buy | 05/03/13 | J | | |
| 148. T. Rowe Price Tax Free Short Intermediate Fund[K] | A | Dividend | J | T | Buy | 05/03/13 | J | | |
| 149. TCW Emerging Markets Income Fund[K] | A | Dividend | J | T | Buy | 05/03/13 | J | | |
| 150. MainStay Marketfield Fund[K] | A | Dividend | J | T | Buy | 05/03/13 | J | | |
| 151. First Eagle Global Fund[K] | A | Dividend | J | T | Buy | 05/03/13 | J | | |
| 152. Prudential Financial Inc [C] | A | Dividend | J | T | | | | | |
| 153. S&P 400 Midcap Index [C] | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Citrix Systems [C] | A | Dividend | J | T | | | | | |
| 155. Coach Inc [C] | A | Dividend | | | Sold | 12/05/13 | K | A | |
| 156. Cognizant Technology Solutions [C] | A | Dividend | K | T | | | | | |
| 157. Cummins Inc [C] | A | Dividend | K | T | | | | | |
| 158. BlackRock Equity Divident Fund A [C] | A | Dividend | K | T | | | | | |
| 159. Harbor International Fund Investor Class [C] | A | Dividend | J | T | | | | | |
| 160. Henderson Global Investors International Opportunities Fund A [C] | A | Dividend | J | T | | | | | |
| 161. ING Global Real Estate Fund Class A [C] | A | Dividend | J | T | | | | | |
| 162. John Hancock Large Cap Equity Fund Class A [C] | A | Dividend | K | T | | | | | |
| 163. Neuberger Berman Genesis Fund Investor Class [C] | A | Dividend | J | T | | | | | |
| 164. Oppenheimer Developing Markets Fund Class A [C] | A | Dividend | J | T | | | | | |
| 165. Royce Premier Fund [C] | A | Dividend | J | T | | | | | |
| 166. F. Templeton Global Bond A [C] | A | Interest | K | T | | | | | |
| 167. Pimco Total Return Fund Class A [C] | B | Dividend | K | T | | | | | |
| 168. Wilmington Short/ Intermediate-Term Bond Fund [C] | B | Dividend | K | T | | | | | |
| 169. Aberdeen Equity Long- Short Fund Class A [C] | A | Dividend | J | T | | | | | |
| 170. JP Morgan Multi-cap Market Neutral Fund [C] | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Van Eck Global Hard Assets Fund Class A [C] | A | Dividend | J | T | | | | | |
| 172. Baker Hughes Inc [C] | | None | | | Sold | 01/23/13 | J | A | |
| 173. VISA Inc [C] | A | Dividend | K | T | | | | | |
| 174. Qualcomm Inc [C] | A | Dividend | J | T | | | | | |
| 175. Amazon Inc [C] | A | Dividend | | | Sold | 05/06/13 | K | A | |
| 176. Apache Corp [C] | A | Dividend | | | Sold | 08/30/13 | J | A | |
| 177. Whole Foods Market Inc [C] | A | Dividend | K | T | | | | | |
| 178. iShares FTSE/Xinhua China 25 Index Fund [C] | A | Dividend | J | T | | | | | |
| 179. BB&T Corp[C] | A | Dividend | K | T | | | | | |
| 180. Celgene Corp[C] | A | Dividend | J | T | | | | | |
| 181. Comcast Corp New[C] | A | Dividend | J | T | | | | | |
| 182. eBay Inc[C] | A | Dividend | J | T | | | | | |
| 183. Fluor Corp[C] | A | Dividend | K | T | | | | | |
| 184. US Bancorp[C] | A | Dividend | K | T | | | | | |
| 185. AbbVie Inc[C] (From Abbott Labs) | A | Dividend | J | T | Spinoff (from line 104) | 01/08/13 | J | | |
| 186. JP Morgan Perpetual Preferred[C] | A | Dividend | J | T | Buy | 02/05/13 | J | | |
| 187. iShares MSCI Pacific[C] | A | Dividend | J | T | Buy | 01/23/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Kinder Morgan Energy Partners LP[C] | A | Dividend | J | T | Buy | 01/23/13 | J | | |
| 189. Neuberger Berman Income Fund[C] | A | Dividend | J | T | Buy | 03/28/13 | J | | |
| 190. Valero Energy Corp[C] | A | Dividend | J | T | Buy | 06/11/13 | J | | |
| 191. Michael Kors[C] | A | Dividend | J | T | Buy | 08/27/13 | J | | |
| 192. Chesapeake Energy Corp[C] | A | Dividend | J | T | Buy | 08/30/13 | J | | |
| 193. CH Robinson Worldwide Inc[C] | | None | K | T | Buy | 12/05/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J. | 05/14/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII. INVESTMENTS AND TRUSTS.
    Trust #1 assets are listed in Part VII, identified by the designation "[C]."


PART VII. INVESTMENTS AND TRUSTS.
    Line 8. Pinchers' Investment Group Partnership Share - Aggregated (specific holdings noted by " - " below) (investment club - aggregated).

    Line 10. Piglet Investment Club Partnership - Aggregated (specific holdings are listed below main entry and designated by " - ").

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ STEVEN J. MCAULIFFE

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544